UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER FRANK, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br> vs.<br><br>CENTERLINE HOLDING COMPANY, MARC D. SCHNITZER, ROBERT L. LEVY, STEPHEN M. ROSS and JEFF T. BLAU,<br><br>  Defendants. | )<br>)<br>)<br>) **CIVIL ACTION NO. 08-cv-01026**<br>)<br>)<br>)<br>) **CLASS ACTION COMPLAINT**<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**L.R. 7.1 DISCLOSURE STATEMENT**

Pursuant to L.R. 7.1, Plaintiff Peter Frank, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: January 30, 2008

**BRODSKY & SMITH, LLC**

By:*Evan J. Smith, Esquire*
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

**SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
Richard A. Maniskas, Esquire
Seamus Kaskela, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
*Attorneys for Plaintiffs*

1