**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CENTERLINE HOLDING COMPANY SECURITIES LITIGATION | Case No. 08 Civ. 00505 (SAS)<br><br>**CERTIFICATE OF SERVICE** |

   I, Ju Huang, hereby certify that on this 4th day of April, 2008, I caused a true and correct

copy of:

   **MEMORANDUM OF LAW OF ROSLYN GOLDERNBERG, MITCHELL GOLDENBERG, JANE GOLDERNBERG, MICHAEL GOLDENBERG AND LISA GOLDENBERG IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

upon the persons listed on the annexed Service List by first class mail.


                       s/ Ju Huang
                       Ju Huang

**SERVICE LIST**

Christopher J. Keller, Esq.
Andrei V. Rado, Esq.
Alan I. Ellman, Esq.
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Sherri R. Savvett, Esq.
Barbara A. Podell, Esq.
Eric Lechtzin, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

Richard A. Rosen, Esq.
PAUL WEISS RIFKIND WHARTON &
    GARRISON, LLP
1285 Avenue of the Americas
New York, New York 10019
rrosen@paulweiss.com

Evan J. Smith, Esq.
BRODSKEY & SMITH, LLC
240 Mineola Boulevard
Mineola, New York 11501
Telephone: (516) 741-4977
Facsimile: (516) 741-0626

Richard A. Maniskas, Esq.
D. Seamus Kaskela, Esq.
David M. Promisloff
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
rmaniskas@sbtklaw.com

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
COUGHLIN STOIA GELLER RUDMAN &
    ROBBINS LLP
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Jeffrey S. Abraham, Esq.
ABRAHAM, FRUCHTER &
    TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, New York 10019
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

Curtis V. Trinko, Esq.
LAW OFFICES OF CURTIS V.
    TRINKO, LLP
16 West 46th Street, 7th Floor
New York, New York 10036
Telephone: (212) 490-9550
Facsimile: (212) 986-0158

Beth A. Kaswan, Esq.
SCOTT + SCOTT, LLP
29 West 57th Street
New York, New York 10019
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
bkaswan@scott-scott.com

David R. Scott, Esq.
SCOTT + SCOTT, LLP
108 Norwich Avenue
P. O. Bo 192
Colchester, Connecticut 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
drscott@scott-scott.com

Walter W. Noss, Esq.
SCOTT + SCOTT, LLP
12434 Cedar Road, Suite 12
Cleveland Heights, Ohio  44106
Telephone:  (216) 229-6088
Facsimile:  (216) 229-6092
wnoss@scott-scott.com

Arthur Shingler, III
SCOTT + SCOTT, LLP
600 B Street Suite 1500
San Diego, California  92101
Telephone:  (619) 233-4565
Facsimile:  (619) 233-0508

Ralph M. Stone, Esq.
Thomas G. Ciarlone, Esq.
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, New York 10018
Telephone:  (212) 239-4340
Facsimile:  (212) 239-4310
rstone@lawssb.com
tciarlone@lawssb.com

Corey Holzer, Esq.
Michael I. Fistel, Jr., Esq.
Marshall P. Dees, Esq.
HOLZER HOLZER & FISTEL, LLC
1117 Perimeter Center West, Ste. E-107
Atlanta, Georgia  30338
Telephone:  (770) 392-0090
Facsimile:  (770) 392-0029
cholzer@holzerlaw.com
mfistel@holzerlaw.com
mdeeds@holzerlaw.com

Jennifer F. Beltrami
WOLF BLOCK, LLP
250 Park Avenue
New York, New York 10177
Telephone:  (212) 883-4955
jbeltrami@wolfblock.com

Marian P. Rosner, Esq.
Robert C. Finkel, Esq.
James A. Harrod, Esq.
Danielle Disporto, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, New York  10022
Telephone:  (212) 759-4600
Facsimile:  (212) 486-2093

Kim E. Miller, Esq.
KAHN GAUTHIER SWICK, LLC
12 East 41st Street
New York, New York 10017
Telephone:  (212) 696-3730
Facsimile:  (504) 455-1498

Lewis Kahn, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
Telephone:  (504) 455-1400
Facsimile:  (504) 255-1498

Steven Cooper, Esq.
REED SMITH LLP
599 Lexington Avenue, 29th Fl.
New York, New York  10022
Telephone:  (21) 521-5400
scooper@reedsmith.com